Ryan J. Vanderhoof, OSB No. 984251
rjv@roguelaw.com
Hornecker, Cowling, Hassen & Heysell, LLP
717 Murphy Rd.
Medford, OR 97504
Telephone: 541-779-8900
Fax: 541-779-2982
Attorney(s) for: Defendant

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

# MEDFORD DIVISION

| | |
|---|---|
| ADELA PEARSON ETTLICH, an individual, | Case No. 1:13-cv-618 |
| Plaintiff, | **ANSWER TO COMPLAINT and COUNTERCLAIM** |
| v. | By: Comnet Marketing Group, Inc. |
| COMNET MARKETING GROUP, INC., | (Demand for Jury Trial) |
| Defendant. | |

Defendant Comnet Marketing Group, Inc. hereby answers the Complaint as follows:

1.

Admit

2.

Admit.

3.

Admit

ANSWER
Page - 1
H:\USER\FILES\27481-006\Answer.doc

HORNECKER, COWLING,
HASSEN & HEYSELL, LLP
717 Murphy Road
Medford, OR 97504
541-779-8900

4.

Admit

5.

Admit

6.

Admit

7.

Deny

8.

Deny

9.

Deny

10.

Deny

11.

Deny

12.

Deny

13.

Deny

ANSWER
Page - 2
H:\USER\FILES\27481-006\Answer.doc

**HORNECKER, COWLING,
HASSEN & HEYSELL, LLP**
717 Murphy Road
Medford, OR 97504
541-779-8900

14.

Deny

15.

Admit

16.

Deny

17.

Deny

18.

Deny

19.

Deny

20.

Deny

21.

Defendant admits that Plaintiff was provided a Performance contract. The remainder of paragraph 21 is denied.

22.

Deny

23.

Deny

HORNECKER, COWLING,
HASSEN & HEYSELL, LLP
717 Murphy Road
Medford, OR 97504
541-779-8900

24.

Admit

25.

Deny

26.

Deny

27.

Deny

28.

Deny

29.

Deny

30.

Deny

31.

Deny

32.

Deny

33.

Deny

34.

Deny

ANSWER
Page - 4
H:\USER\FILES\27481-006\Answer.doc

35.

Deny

36.

Deny

37.

Deny

38.

Deny

39.

Deny

40.

Deny

41.

Deny

42.

Deny

43.

Deny

44.

Deny

45.

Deny

**HORNECKER, COWLING,
HASSEN & HEYSELL, LLP**
717 Murphy Road
Medford, OR 97504
541-779-8900

46.

Deny

47.

Deny

48.

Deny

49.

Deny

50.

Deny

51.

Deny

52.

Deny

## COUNTERCLAIM

Pursuant to ORS 659A.885 and 42 § 2000e, Defendant is entitled to recover its expert witness fees and reasonable attorney fees for defending this action.

Dated this 1st day of May, 2013.

RYAN J. VANDERHOOF, OSB No. 984251
Of Attorneys for Defendant
Fax 541-779-2982
rjv@roguelaw.com
Trial Attorney

ANSWER
Page - 6
H:\USER\FILES\27481-006\Answer.doc

HORNECKER, COWLING,
HASSEN & HEYSELL, LLP
717 Murphy Road
Medford, OR 97504
541-779-8900