Michael W. Franell OSB #902680
mike@franelllaw.com
Attorney at Law
724 South Central, Ste 113
Medford, OR 97501
Tel. (541) 646-4111
Fax: (541) 646-4112

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## MEDFORD DIVISION

| | |
|---|---|
| ADELA PEARSON ETTLICH, an individual,<br><br>Plaintiff,<br><br>v.<br><br>COMNET MARKETING GROUP, INC.<br><br>Defendants. | Case No.1:13-cv-00618-CL<br><br>**PLAINTIFF'S STIPULATED DISMISSAL WITH PREJUDICE WITHOUT COSTS OR FEES** |

COMES NOW, Plaintiff, through her legal counsel and indicates this case has been settled to the satisfaction of Plaintiff. Therefore, since this matter has been resolved, Plaintiff dismisses this case with prejudice, without fees or costs to either party.

Dated this 14th Day of April, 2014

s/ Michael W. Franell

---

Michael W. Franell, OSB #902680
Attorney for the Plaintiff

STIPULATED DISMISSAL
Page 1

Michael W. Franell, Attorney at Law
724 S. Central Ave Ste 113
Medford, OR 97501-7808
T: 541- 646-4111 · F: 541-646-4112
mike@franelllaw.com

IT IS SO STIPULATED This 14th day of April, 2014

s/ Ryan J. Vanderhoof
Ryan Vanderhoof, OSB #984251
Of Attorneys for Defendants

STIPULATED DISMISSAL
Page 2

Michael W. Franell, Attorney at Law
724 S. Central Ave Ste 113
Medford, OR 97501-7808
T: 541- 646-4111 · F: 541-646-4112
mike@franelllaw.com